IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:23-cv-00735-LMM |
| MICHAEL K. MOLEN, *et al.*, | : : | |
| Defendants. | : | |

## **ORDER**

Consistent with the terms of the Consent Judgments entered in this case, if the SEC is seeking disgorgement and/or civil penalties, any such motions shall be filed within 30 days of the date of this order.

**IT IS SO ORDERED** this 30th day of March, 2023.

_____
**Leigh Martin May**
**United States District Judge**