IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:23-cv-00735-LMM |
| MICHAEL K. MOLEN, et al., | : : : | |
| Defendants. | : : | |

## ORDER

Plaintiff Securities and Exchange Commission has filed a Motion to Set Disgorgement and Prejudgment Interest and to Impose Civil Penalties against Defendants Michael K. Molen; Enviro Impact Resources, Inc., formerly known as Industry Source Consulting, Inc.; Seth M. Molen; and Pixel Arcanum, Inc. Dkt. No. [10]. It does not appear, however, that Plaintiff served the motion on any of the defendants. See id. at 6.

It is therefore **ORDERED** that Plaintiff file proof of service of the motion upon Defendants within **10 days** of the entry of this Order. The response period will begin on the date Defendants are served with the motion.

**IT IS SO ORDERED** this 7th day of June, 2023.

_/s/ Leigh Martin May_
**Leigh Martin May**
**United States District Judge**