UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL K. MOLEN,<br>ENVIRO IMPACT RESOURCES, INC.,<br>formerly known as<br>Industry Source Consulting, Inc.,<br>SETH M. MOLEN,<br>and PIXEL ARCANUM, INC.<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.  1:23-cv-00735-LMM |

## FINAL J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Plaintiff's Motion to Set Disgorgement and Prejudgment Interest and to Impose Civil Penalties, and the court having **granted** said motion, it is

**Ordered and Adjudged** that defendants shall pay disgorgement of ill-gotten gains and prejudgment interest thereon, as well as civil penalties in the following amounts: $1,393,762 against Defendant INSO for disgorgement, pre-judgment interest and civil penalty; $446,458 in civil penalty against Defendant Michael Molen; $446,458 in civil penalty against Defendant Seth Molen; and $1,874,059 against Defendants Michael Molen, Seth Molen, and Pixel, jointly and severally for disgorgement and pre-judgment interest.

Dated at Atlanta, Georgia, this 1st day of December, 2023.

          KEVIN P. WEIMER
          CLERK OF COURT

          By: s/ T. Tran
          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 1, 2023
Kevin P. Weimer Clerk of Court
By:   s/ T. Tran
     Deputy Clerk